UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Ricardo McKnight (Crim. No. 09-242)

## PETITION FOR WRIT OF HABEAS CORPUS

1. Ricardo McKnight, D.O.B.: 12/1/71, is now confined at Warren County Jail.

2. Said individual will be required at Newark, New Jersey, before the Honorable William H. Walls, Newark, NJ 07102, on April 7, 2010, at 9:30 a.m., for Sentencing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: March 16, 2010

Scott B. McBride
Assistant U.S. Attorney
Petitioner

---

Let the Writ Issue.
DATED: 16 March 2010

### ORDER

Hon. William H. Walls
United States District Judge

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Warren County Jail, YOU that you have the body of

**RICARDO MCKNIGHT**

now confined at Warren County Jail, be brought to the United States District Court, before the Honorable William H. Walls, in Newark, NJ on Tuesday, April 7, 2010, 9:30 a.m., so that he may appear for Sentencing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge
Newark, New Jersey

DATED: March 16, 2010

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk